## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT NORTHERN OF PENNSYLVANIA

### AMENDMENT COVER SHEET

☐ **ORIGINAL**

DEBTOR LAST NAME: Nadejda Reilly.

CASE NUMBER: 5-05-52187     CHAPTER 7

ATTORNEY FOR DEBTOR: Gino L. Andreuzzi

Telephone: (570) 788-5373

---

PLEASE CHECK WHAT IS BEING AMENDED
PLEASE CONSPICUOUSLY **HIGHLIGHT** AMENDED MATERIAL WHEN APPROPRIATE SUBMIT ORIGINAL AND 2 COPIES

1. **PETITION:** No.

2. **MATRIX (Mailing List):** Yes. Adding address for Creditor

3. **SCHEDULES:** A, B, C, G, H, I, J (No fee required)

    D, E, F (Requires $26 fee)

    *__Adding New Creditor, and supplying dollar amount for another creditor. See Attachments.__*

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:** *__YES.__*

5. **STATEMENT OF AFFAIRS:** No.

It is the responsibility of the debtor to notify additional creditors by sending a 341 notice and/or Discharge Order to the individuals or companies added to the schedules. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. In addition, if the case is presently closed, the amendment will be returned unless a Motion and Proposed Order to Reopen, a filing fee, and the amendment fee, when required, accompanies the amendment.

PLEASE INDICATE WHETHER THE FOLLOWING HAVE BEEN ACCOMPLISHED:

|  | **YES/NO** |
|---|---|
| Additional creditors notified by sending 341 notice and/or Discharge | Yes |
| U.S. Trustee's Office and Trustee in the case supplied copies: | Yes |

Date: June 7, 2005

*[signature]*

Gino L. Andreuzzi
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I, Gino L. Andreuzzi, counsel for the debtors do certify that I served by Postage Prepaid United States First Class Mail on June 7, 2005 a copy of the Amendment Coversheet, together with notice of the 341 meeting in this case, and attachment of changes, upon the following:

Office of the U.S. Trustee
Senior Attorney
P. O. Box 969
Harrisburg, PA 1108-0969

D'Amico, Griffin & Pettinicchi, LLC
465Straits Turnpike
P.O. Box 670
Watertown, CT 06795

William G. Schwab, Trustee
811 Blakeslee Blvd. Drive East
P. O. Box 56
Lehighton, PA 18235

Attorney Marcus V. Hallum
678 Chase Parkway
Waterbury, CT 06708

Date: June 7, 2005

*[signature]*

Gino L. Andreuzzi, Esquire
85 Drasher Rd., Ste II
Drums, PA 18222
Telephone: (570) 788-5373
Facsimile: (570) 788-0654

# United States Bankruptcy Court
## Middle District of Pennsylvania

IN RE: Reilly, Nadejda
Debtor(s)

Case No. 05-52187
Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 29,268.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 44,456.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,396.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,390.00 |
| Total Number of Sheets in Schedules | | 15 | | | |
| Total Assets | | | 29,268.92 | | |
| Total Liabilities | | | | 55,456.92 | |

SUMMARY OF SCHEDULES

IN RE Reilly, Nadejda _____  Case No. 05-52187 _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Attorney Marcus V. Hallum**<br>**678 Chase Parkway**<br>**Waterbury, CT 06708** | | | Legal services provided to debtor. All services provided are pre petition debt! | | | | 2,835.00 |
| Account No.<br>**Attorney William G. Schwab**<br>**Trustee In Bankruptcy**<br>**P.O. Box 56**<br>**Lehighton, PA 18235** | | | | | | | 0.00 |
| Account No. **4417-1211-7138-2933**<br>**Bank One**<br>**Chase Bank USA N.A.**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | | Revolving consumer credit card account over past several years. | | | | 5,791.40 |
| Account No.<br>**Encore Receivable Management Inc.**<br>**P.O. Box 3330**<br>**Olathe, KS 66063-3330** | | | Assignee or other notification for:<br>Bank One | | | | |
| Account No. **5491-0467-1001-4042**<br>**Chase Manhattan Bank, USA NA**<br>**P.O. Box 52188**<br>**Phoenix, AZ 85072-2188** | | | Revolving consumer credit card use over past several years. Additional creditor name CACV of Colorado, LLC. | | | | 3,107.31 |

___4___ Continuation Sheets attached

Subtotal (Total of this page) 11,733.71

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Law Offices Of Shannon D. Matthews, LLC<br>P.O. Box 211576<br>Columbia, SC 29221-1576 | | | Assignee or other notification for:<br>Chase Manhattan Bank, USA NA | | | | |
| Account No. 2006838<br>D'Amico, Griffin & Pettinicchi, LLC<br>465 Straits Turnpike P.O. Box 670<br>Watertown, CT 06795 | | | Legal services provided for daughter of debtor but debtor is financially responsibe. All services provided are pre petition debt. | | | | 1,240.00 |
| Account No. 6011-2988-6561-1721<br>Discover Financial Services<br>P.O. Box 8003<br>Hilliard, OH 43026-8003 | | | Revolving consumer credit card acount over past several years. | | | | 5,579.60 |
| Account No.<br>Attorney Eric M. Berman, P.C.<br>500 W. Main St., Ste. 212<br>Babylon, NY 11702-3035 | | | Assignee or other notification for:<br>Discover Financial Services | | | | |
| Account No. 215-831-116<br>Filene's<br>P.O. Box 94868<br>Cleveland, OH 44101-4868 | | | | | | | 845.62 |
| Account No.<br>Filene's<br>111 Boulder Industrial Dr.<br>Bridgeton, MO 63044 | | | Assignee or other notification for:<br>Filene's | | | | |
| Account No. 5149-5370-4439-9162<br>Household Bank<br>P.O. Box 17313<br>Baltimore, MD 21297-1313 | | | Revolving consumer credit card account over past several years. | | | | 12,058.61 |

Sheet __1__ of __4__ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    19,723.83

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Reilly, Nadejda                                   Case No. 05-52187
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditors Interchange<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 | | | Assignee or other notification for:<br>MBNA | | | | |
| Account No. 020082337<br>Quest Diagnostics<br>P.O. Box 64053<br>Baltimore, MD 21264-4053 | | | Medical services provided for debtor April 10, 2003. | | | | 77.25 |
| Account No. 5121-0718-5368-3732<br>Sears Gold Mastercard<br>P.O. Box 6922<br>The Lakes, NV 88901-6922 | | | Revolving consumer credit card account over past several years. | | | | 3,819.64 |
| Account No.<br>Citicards<br>P.O. Box 182532<br>Columbus, OH 43218 | | | Assignee or other notification for:<br>Sears Gold Mastercard | | | | |
| Account No. 597772755<br>Victoria's Secret<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | | | Revolving consumer credit card account over past several years. | | | | 250.38 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ___4___ of ___4___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **4,147.27**

(Complete only on last sheet of Schedule F) **TOTAL  44,456.92**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Reilly, Nadejda
70 Louis Circle
Drums, PA 18222

Credit Card Services
P.O. Box 17313
Baltimore, MD 21297-1313

Household Bank
P.O. Box 17051
Baltimore, MD 21297-1051

Attorney Gino L. Andreuzzi
85 Drasher Rd., Ste II
Drums, PA 18222

Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240-1335

J.C. Penny
Monogram Credit Card Bank Of GA
P.O. Box 981131
El Paso, TX 79998

American Honda Finance Corp.
470 Grandby Rd., Ste. 2
South Hadly, MA 01075

D'Amico, Griffin & Pettinicchi, LLC
465 Straits Turnpike P.O. Box 670
Watertown, CT 06795

Juan Fica, M.D., LLC
1389 W. Main St. P.O. Box 310
Bethlehem, CT 06751

Associated Plan Administrators, Inc.
P.O. Box 9568
New Haven, CT 06535-9568

Direct Merchants Credit Card Bank
Attention Agency Mngt. For Bankruptcy
17000 N. Perimeter Dr.
Scottsdale, AZ 85255

Law Firm Of Harrison & Taylor, LLC
P.O. Box 211576
Columbia, SC 29221-1576

Attorney Eric M. Berman, P.C.
500 W. Main St., Ste. 212
Babylon, NY 11702-3035

Discover Financial Services
P.O. Box 8003
Hilliard, OH 43026-8003

Law Offices Of Shannon D. Matthews, LLC
P.O. Box 211576
Columbia, SC 29221-1576

Attorney Marcus V. Hallum
678 Chase Parkway
Waterbury, CT 06708

Encore Receivable Management Inc.
P.O. Box 3330
Olathe, KS 66063-3330

MBNA
Bankcard Services
P.O. Box 15026
Wilmington, DE 19850-5026

Bank One
Chase Bank USA N.A.
P.O. Box 15153
Wilmington, DE 19886-5153

Filene's
P.O. Box 94868
Cleveland, OH 44101-4868

Monogram Credit Card Bank Of GA
P.O. Box 105985
Atlanta, GA 30348-5985

Bankcard Services
P.O. Box 1323
Buffalo, NY 14240

Filene's
111 Boulder Industrial Dr.
Bridgeton, MO 63044

Monogram Credit Card Bank Of GA
P.O. Box 981133
El Paso, TX 79998-1133

Chase Manhattan Bank, USA NA
P.O. Box 52188
Phoenix, AZ 85072-2188

Household
P.O. Box 80053
Salinas, CA 93912-0053

NCO Financial Systems Inc.
P.O. Box 30244 Dept. 64
Middleburg Heights, OH 44130

Citicards
P.O. Box 182532
Columbus, OH 43218

Household Bank
P.O. Box 17313
Baltimore, MD 21297-1313

NCO Financial Systems Inc.
6286 Pearl Rd.
Parma Heights, OH 44130

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)    Case Number 5:05-bk-52187-JJT

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/21/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Nadejda Reilly
dba Two Worlds Restaurant, dba Fine European Catering
70 Louis Circle
Drums, PA 18222

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 5:05-bk-52187-JJT | 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 |
| Attorney for Debtor(s) (name and address):<br>Gino L. Andreuzzi<br>85 Drasher Road, Suite 11<br>Drums, PA 18222<br>Telephone number: 570 788-5373 | Bankruptcy Trustee (name and address):<br>William G Schwab (Trustee)<br>William G Schwab and Associates<br>811 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235<br>Telephone number: 610 377-5200 |

### Meeting of Creditors:
**Effective February 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.**

Date: 06/22/2005    Time: 12:30 PM
Location: Council Chambers, Hazleton City Hall, 40 North Church Street, Hazleton, PA

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: August 21, 2005**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701<br>Telephone number: 570-826-6450 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Arlene Byers |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 5/24/05 |

020393