## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT NORTHERN OF PENNSYLVANIA

DEBTOR'S NAME: Nadejda Reilly.

CASE NUMBER: 5-05-52187
CHAPTER 7

## MOTION FOR DISMISAL

And now comes the above debtor, Nadejda Reilly, and prays this honorable court to dismiss her petition in bankruptcy based upon the following:

1. The debtor has filed her petition with schedules, statements, notices, disclosures and verifications attached thereto. A first meeting of creditors had been held on her case on June 22, 2005.

2. Thereat it was determined that the debtor is not entitled to a full exemption in her tools of the trade/personal property in reference to her business equipment.

3. The Trustee advised the debtor that he will sell the entire business equipment and inventory for the purpose of paying creditors the excess amount realized from the sale after the debtors monetary exemption is paid.

4. The business equipment and inventory of the debtor is necessary to her livelihood and art, and was a gift to her from her parents. The debtor does not desire to continue with the bankruptcy since she wishes to continue in restaurant and catering as her occupation.

5. The debtor has plans to pay off her creditors through third party public or private lending in an effort to avoid bankruptcy and loss of her property.

Wherefore, the debtor no longer wishes to continue with her petition in bankruptcy, and requests this honorable court to dismiss her petition without prejudice at this time.

Date: June 29, 2005

_____
Gino L. Andreuzzi, Esquire
85 Drasher Rd., Ste II
Drums, PA 18222
Telephone: (570) 788-5373
Fax: (570) 788-3535

## CERTIFICATE OF SERVICE

I, Gino L. Andreuzzi, counsel for the debtor do certify that I served by United States First Class Mail on June 29, 2005, a copy of the Motion for Dismissal and Proposed Order upon the following:

Office of the U.S. Trustee
Senior Attorney
P. O. Box 969
Harrisburg, PA 1108-0969

William G. Schwab, Trustee
811 Blakeslee Blvd. Drive East
P. O. Box 56
Lehighton, PA  18235

Date: June 29, 2005

Gino L. Andreuzzi, Esquire
85 Drasher Rd., Ste II
Drums, PA 18222
Telephone: (570) 788-5373
Facsimile:  (570) 788-3535

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT NORTHERN OF PENNSYLVANIA**

**DEBTOR'S NAME:  Nadejda Reilly.**

**CASE NUMBER: 5-05-52187**
**CHAPTER 7**

**PROPOSED MOTION FOR DISMISAL**

And now, the _____ day of _____, 2005, it is hereby ordered and decreed that the within case is dismissed without prejudice upon the request of the debtor.

_____
**J.**