UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
REILLY, NADEJDA
        Debtor : Case No. 5-05-52187

## TRUSTEE'S ANSWER TO MOTION FOR DISMISSAL

AND NOW COMES, William G. Schwab, Trustee and answers the Motion for Dismissal as follows:

1. Admitted.

2. Admitted.

3. Admitted. By way of further answer, the Trustee is required to sell significant assets in a Chapter 7.

4. Denied. The Debtor who has filed Chapter 7, is not to continue to operate a business using estate property to the detriment of her creditors. This should have been known to her at the time of filing. By way of further answer, the Trustee is in the process of hiring an auctioneer for the sale of the debtors assets in September 2005. To allow a dismissal of the bankruptcy will have burdened the Trustee and the auctioneer to have done work without compensation.

5. Denied. The debtor at the 341 Meeting of Creditors, indicated that she had no resources at the time for public lending, and a vague promise of payment in the future is not in the best interest of creditors.

WHEREFORE, the Trustee prays this Honorable Court to deny the Motion for Dismissal.

        RESPECTFULLY SUBMITTED:

        **WILLIAM G. SCHWAB & ASSOCIATES**

        **By: /s/ William G. Schwab**
        WILLIAM G. SCHWAB, TRUSTEE
        Attorney I.D. #23081
        P.O. Box 56, Lehighton, PA 18235
        (610)377-5200 - (610)377-5209 - Fax

7-5-05.PJS.active/Reilly/8687-2.5